**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SEGUNDO R. CALDERON,<br><br>        Defendant. | Case No.  5:24-po-00383-CDB<br><br>CVB Violation E2090669 / CA14<br><br>ORDER ON DEFENDANT'S CORRESPONDENCE DIRECTING RESPONSE BY DEFENDANT<br><br>(Doc. 5)<br><br>**<u>5-DAY DEADLINE</u>** |

      Defendant Segundo R. Calderon is charged by citation with violating section 23349(b), California Vehicle Code - speeding in excess of 55mph.  On January 7, 2025, Defendant appeared in Court on the citation, pleaded not guilty, and requested the case be set for nonjury trial.  (Doc. 3).  The Court informed Defendant the first-available trial date was March 7, 2025.  Defendant requested a later trial date because he sought to obtain a copy of a medical certificate for use at trial.  Without objection from the government, the Court scheduled trial for the next available date (June 6, 2025).  *Id.*

      Pending before the Court is letter correspondence from Defendant in which he requests to advance the trial, which the Clerk of the Court received from Defendant in person and filed on February 10, 2025.  (Doc. 5).  In his correspondence, Defendant asserts that trial should be advanced because his "physical medical mental health is being affected, since my health condition is becoming

more delicate every day. I cannot sleep well at night, my blood pressure is high, and I am beginning to feel my nerves altered, before this situation I did not have these health problems that I am now facing." *Id.*

While the Court acknowledges Defendant's apparent anxiety at the prospect of waiting until June 6, 2025, to commence trial, the Court set trial on that date at Defendant's request. Moving the trial on short notice to March 7, 2025, potentially prejudices the government in its ability to prepare for trial and make witnesses available. Nevertheless, the Court will direct the government to file a report setting forth its position on advancing trial and, to the extent it wishes to maintain the existing trial date of June 6, 2025, setting forth good cause to oppose advancement of trial to March 7, 2025.

**Conclusion and Order**

Accordingly, Plaintiff the United States of America is HEREBY ORDERED to file within five (5) days of entry of this order a report setting forth its position on advancing trial and, to the extent it wishes to maintain the existing trial date of June 6, 2025, setting forth good cause to oppose advancement of trial to March 7, 2025.

IT IS SO ORDERED.

Dated:   **February 12, 2025**                    _____
                                                  UNITED STATES MAGISTRATE JUDGE